# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

United States of America

v.

MICHAEL LEROY DARITY

Date of Original Judgment: __January 29, 1998__
Date of Last Amended Judgment: __April 16, 2002__

)
)
)
)
)
)
)

Case No: __DNCW195CR000132-001__
USM No: __94673-071__

__Thomas N. Cochran__
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　　■  DENIED.   ❒  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | __42__ | Amended Offense Level: | __40__ |
| Criminal History Category: | __III__ | Criminal History Category: | __III__ |
| Original Guideline Range: | __360 months-life__ | Amended Guideline Range: | __360 months-life__ |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
❒ The reduced sentence is above the amended guideline range.
■ Other (explain):　The application of Amendment 750 provides no change in the guideline range in this case.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __January 29, 1998__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __May 10, 2013__

Effective Date: _____
　　　　(if different from order date)

Martin Reidinger
United States District Judge